Form r341y–r341 VAN–02
Rev. 05/2010

## United States Bankruptcy Court
## Central District Of California

255 East Temple Street, Los Angeles, CA 90012

# RENOTICE 341 MEETING

**DEBTOR INFORMATION:**
Walter Guevara

**BANKRUPTCY NO.** 2:11–bk–16654–VZ

**CHAPTER** 13

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):** xxx–xx–2566
**Employer Tax–Identification (EIN) No(s).(if any):** N/A
**Debtor Dismissal Date:** N/A

**JOINT DEBTOR INFORMATION:**
Rosa Gladys Guevara
aka Rosa Gladys Margarita Ramirez

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):** xxx–xx–1134
**Employer Tax–Identification (EIN) No(s).(if any):** N/A
**Joint Debtor Dismissal Date:** N/A

**Address:**
4435 1/2 134th St
Hawthorne, CA 90250

**DEBTOR'S ATTORNEY:**
Leroy Bishop Austin
L.Bishop Austin & Associates
3250 Wilshire Blvd Ste 1500
Los Angeles, CA 90010–1502

213–388–4939

**TRUSTEE:**
Nancy K Curry (TR)
606 South Olive Street, Suite 950
Los Angeles, CA 90014

213–689–3014

Please take notice that the 341 meeting date has been reset for:

**Date:** April 5, 2011      **Time:** 09:00 AM
**Location:** RM 510 West Hall, LA Convention Center, 1201 South Figueroa St., Los Angeles, CA 90015

To show correct hearing location.

Dated: February 25, 2011

By the Court,
**Kathleen J. Campbell**
Clerk of Court

(Form r341y–r341 VAN–02) Rev. 05/2010

**10 / CJS**