| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| L. Bishop Austin<br>L. BISHOP AUSTIN & ASSOCIATES<br>3250 WILSHIRE BLVD., STE 1500<br>LOS ANGELES, CA 90010<br>(213) 388.4939 Fax: (213) 388.2411<br>California State Bar Number: 175497<br>☒ Attorney for: Debtor<br>☐ Pro Se Debtor | |
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | CHAPTER 13<br><br>CASE NUMBER 2:11-bk-16654-VZ |
| In re<br><br>Walter Guevara<br>Rosa Gladys Guevara<br><br><br><br>Debtor(s). | **DECLARATION SETTING FORTH POSTPETITION, PRECONFIRMATION DEED OF TRUST PAYMENTS**<br><br>**LOCAL BANKRUPTCY RULE 3015-1(m)** |

I, Walter Guevara & Rosa Gladys Guevara *(Debtor's name)*, hereby declare:

1. I am the debtor in this chapter 13 bankruptcy case that was filed on __2/8/11__.

2. I am the owner of real property[1] at the following street address:

   4435 W. 134th St

   Hawthorne, CA 90250                                    (the "Property").

3. The Property is encumbered by the following deeds of trust:

   a. First deed of trust in favor of __EMC Mortgage a/k/a Chase__.

   b. Second deed of trust in favor of __EMC Mortgage a/k/a Chase__ *(if applicable)*.

   c. Third deed of trust in favor of __none__ *(if applicable)*.

*(Continued on next page)*

---

[1] A separate declaration shall be filed and served for each parcel of real property owned by the Debtor(s).

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 3015-1.4**

Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments    F 3015-1.4

Local Bankruptcy Rule 3015-1(m) - Page 2 of 4

| In re<br>Walter Guevara<br>Rosa Gladys Guevara<br>Debtor(s). | CHAPTER 13<br><br>CASE NUMBER 2:11-bk-16654-VZ |
|---|---|

4. The following are the postpetition deed of trust payments[2] up to the date of plan confirmation (the "Payments") that I have caused to be mailed/delivered[3] to the appropriate deed of trust holder (the "Creditor")[4]:

| Creditor | Payment Amount | Due Date[5] | Date Mailed/Delivered |
|---|---|---|---|
| EMC | 2,216.14 | 1=15th March 2011 | March 12, 2011 |
| | | | |
| Creditor | | | |
| | | | |
| | | | |
| | | | |
| Creditor | | | |
| | | | |
| | | | |
| | | | |

5. The Payments were in the form of money order, cashier's check, wire transfer, or other certified funds payable to the appropriate Creditor and had written on each item my name, the bankruptcy case number and the appropriate loan number.

*(Continued on next page)*

---

[2]Postpetition deed of trust payments are payments that first become due after the bankruptcy filing date.

[3]A U.S. Postal Service Certificate of Mailing, stamped by a Postal Service employee, must be obtained for each mailed Payment and copies of the Certificates of Mailing must be attached. If Payments are not mailed, Debtor must state how the Payments were delivered to the deed of trust holder and must provide documents that prove that the Payments have been delivered. For example, a copy of a statement, signed by the deed of trust holder's representative, acknowledging receipt of the Payment(s), would provide such proof.

[4]Attach additional pages if necessary.

[5]"Due Date" refers to the last day the Payment can be paid without a late charge penalty.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

F 3015-1.4

January 2009

Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments          F 3015-1.4

Local Bankruptcy Rule 3015-1(m) - Page 3 of 4

| In re<br>Walter Guevara<br>Rosa Gladys Guevara<br>Debtor(s). | CHAPTER 13<br>CASE NUMBER 2:11-bk-16654-VZ |
|---|---|

6. Attached to this declaration are copies of the:

   ☒ cashier's checks,       ☐ money orders,       ☒ certified funds, or

   ☐ other proof of the Payments described in Paragraph 4 above.

7. Also attached to this declaration are copies of the:

   ☐ U. S. Post Office Certificate(s) of Mailing, stamped by a U. S. Postal Service employee,

   ☒ acknowledgment(s) signed by the Creditor's representative, or

   ☐ other documents that prove delivery of the Payments described in Paragraph 4 above.

   I declare under penalty of perjury that the foregoing is true and correct.

Date  March 31, 2011            Signature  _____
                                           Walter Guevara
                                           Debtor

Date  March 31, 2011            Signature  _____
                                           Rosa Gladys Guevara
                                           Joint Debtor

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                    F 3015-1.4

*MARCH 2011*
*MORTGAGE PMT EMC*

**UNITED STATES POSTAL SERVICE®**

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **EG69 9595 896U S**
Guaranteed Delivery Date/Time: **March 15, 2011, 12:00 PM**
Class: **Express Mail®**
Status: **Delivered**

Your item was delivered at 3:20 pm on March 15, 2011 in DALLAS, TX 75222 to REMITCO 752. The item was signed for by Z BEYENE.

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

Detailed Results:
- Delivered, March 15, 2011, 3:20 pm, DALLAS, TX 75222
- Notice Left (No Authorized Recipient Available), March 15, 2011, 10:54 am, DALLAS, TX 75266
- Arrival at Unit, March 15, 2011, 10:36 am, DALLAS, TX 75222
- Processed through Sort Facility, March 15, 2011, 5:32 am, COPPELL, TX 75099
- Processed through Sort Facility, March 14, 2011, 9:09 am, LOS ANGELES, CA 90009
- Acceptance, March 12, 2011, 10:04 am, HAWTHORNE, CA 90250

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

**Proof of Delivery**
Verify who signed for your item by email, fax, or mail. ( Go > )

Site Map | Customer Service | Forms | Gov't Services | Careers | Privacy Policy | Terms of Use | Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

---

**Western Federal Credit Union**
P.O. Box 10018
Manhattan Beach, CA 90267-7518
(877) 254-9328  (310) 381-2300

**No. 0010204990**

Acct: 0000087582  Member: GUEVARA, ROSA G
Teller: 0512  Date: 03/12/11  Time: 9:41am
--------------------------------------------------
See receipt for reference
--------------------------------------------------
Check Number: 00 0010204990
Branch: 72
Amount : $2,216.14


Pay to :
        EMC PAYMENT PROCESSING
        REF: LOAN #0016152449