L. Bishop Austin, Esq. (SBN 175497)
L. BISHOP AUSTIN & ASSOCIATES
3250 Wilshire Blvd., Ste 1500
Los Angeles, CA 90010
Tel: (213)388-4939  Fax (213)388-2411
Email: lbishopbk@yahoo.com
Attorney for Debtor(s)

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In Re:<br><br>Walter Guevara<br>Rosa Gladys Guevara<br><br>Debtor(s) | CHAPTER 13<br>CASE NO: 2:11-bk-16654-VZ<br><br><br>DECLARATION OF DEBTOR RE: CHAPTER 13 TRUSTEE PAYMENTS [NO HEARING REQUIRED] |
|---|---|

I, Walter and Rosa Guevara, am the debtor in this case, and the statements made herein are true and of my own knowledge and if called upon and sworn, I could and would testify competently thereto.

On April 4, 2011 I purchased and sent the Chapter 13 Plan Payment $300.00 to my Chapter 13 Trustee **NANCY K. CURRY** to the following address: **CHAPTER 13 TRUSTEE, PO BOX 1403, MEMPHIS, TN 38101.** See attached copy of the money order(s). This payment is for the month of March 2011.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 04/02/2011

_____
Debtor

_____
Joint Debtor

1


**UNITED STATES POSTAL SERVICE**

Home | Help | Sign In

Track & Confirm    FAQs

## Track & Confirm

**Search Results**

Label/Receipt Number: EG37 6199 664U S
Guaranteed Delivery Date/Time: April 4, 2011, 3:00 PM
Class: Express Mail®
Status: Delivered

Your item was delivered at 10:13 am on April 02, 2011 in MEMPHIS, TN 38101 to SUNTRUST BANK. The item was signed for by M JONES.

Track & Confirm

Enter Label/Receipt Number.

Go >

Detailed Results:
• Delivered, April 02, 2011, 10:13 am, MEMPHIS, TN 38101
• Sorting Complete, April 02, 2011, 9:38 am, MEMPHIS, TN 38101
• Notice Left (No Authorized Recipient Available), April 02, 2011, 9:34 am, MEMPHIS, TN 38101
• Arrival at Unit, April 02, 2011, 7:26 am, MEMPHIS, TN 38101
• Acceptance, April 01, 2011, 5:05 pm, LOS ANGELES, CA 90009

Notification Options

Track & Confirm by email
Get current event information or updates for your item sent to you or others by email.   Go >

Proof of Delivery
Verify who signed for your item by email, fax, or mail.   Go >

---

**Western**
P.O. Box 10018
Manhattan Beach, CA 90267-7518
(877) 254-9328  (310) 381-2300

No. 0010209106

Acct: 0003332238 Member: GUEVARA, CRISTINA
Teller: 0445 Date: 04/01/11 Time: 12:09pm

See receipt for reference

Check Number: 00 0010209106
Branch: 6
Amount : $300.00

Pay to :   CHAPTER 13 TRUSTEE
           REF: ROSA G GUEVARA
           MEMO: CASE # 11-16654-VZ