| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| L. Bishop Austin<br>L. BISHOP AUSTIN & ASSOCIATES<br>3250 WILSHIRE BLVD., STE 1500<br>LOS ANGELES, CA 90010<br>(213) 388.4939 Fax: (213) 388.2411<br>California State Bar Number: 175497<br><br>☒ Attorney for: Debtor<br>☐ Pro Se Debtor | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | CHAPTER 13<br><br>CASE NUMBER 2:11-bk-16654-VZ |
|---|---|
| In re<br><br>Walter Guevara<br>Rosa Gladys Guevara<br><br>Debtor(s). | **DECLARATION SETTING FORTH POSTPETITION, PRECONFIRMATION DEED OF TRUST PAYMENTS**<br><br>**LOCAL BANKRUPTCY RULE 3015-1(m)** |

I, Walter Guevara & Rosa Gladys Guevara *(Debtor's name)*, hereby declare:

1. I am the debtor in this chapter 13 bankruptcy case that was filed on 2/8/11 .

2. I am the owner of real property[1] at the following street address:

   4435 W. 134th St

   Hawthorne, CA 90250    (the "Property").

3. The Property is encumbered by the following deeds of trust:

   a. First deed of trust in favor of EMC Mortgage a/k/a JPMorgan Chase Bank, N.A.

   b. Second deed of trust in favor of EMC Mortgage a/k/a JPMorgan Chase Bank, N.A. *(if applicable)*.

   c. Third deed of trust in favor of none *(if applicable)*.

*(Continued on next page)*

---

[1] A separate declaration shall be filed and served for each parcel of real property owned by the Debtor(s).

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 3015-1.4

*Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments*    F 3015-1.4
*Local Bankruptcy Rule 3015-1(m) - Page 2 of 4*

| In re<br>Walter Guevara<br>Rosa Gladys Guevara<br><br>Debtor(s). | CHAPTER 13<br><br>CASE NUMBER 2:11-bk-16654-VZ |
|---|---|

4. The following are the postpetition deed of trust payments[2] up to the date of plan confirmation (the "Payments") that I have caused to be mailed/delivered[3] to the appropriate deed of trust holder (the "Creditor")[4]:

| Creditor | Payment Amount | Due Date[5] | Date Mailed/Delivered |
|---|---|---|---|
| EMC Mortgage Corporation DALLAS, TX | $2,216.14 | 1-15th March 2011 | March 12, 2011 |
| | $2,216.14 | 1-15th April 2011 | April 14, 2011 |
| | $2,216.14 | 1-15th May 2011 | April 28, 2011 |
| | $2,216.14 | 1-15th June 2011 | June 1, 2011 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

5. The Payments were in the form of money order, cashier's check, wire transfer, or other certified funds payable to the appropriate Creditor and had written on each item my name, the bankruptcy case number and the appropriate loan number.

*(Continued on next page)*

---

[2] Postpetition deed of trust payments are payments that first become due after the bankruptcy filing date.

[3] A U.S. Postal Service Certificate of Mailing, stamped by a Postal Service employee, must be obtained for each mailed Payment and copies of the Certificates of Mailing must be attached. If Payments are not mailed, Debtor must state how the Payments were delivered to the deed of trust holder and must provide documents that prove that the Payments have been delivered. For example, a copy of a statement, signed by the deed of trust holder's representative, acknowledging receipt of the Payment(s), would provide such proof.

[4] Attach additional pages if necessary.

[5] "Due Date" refers to the last day the Payment can be paid without a late charge penalty.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 3015-1.4

*Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments*    **F 3015-1.4**
*Local Bankruptcy Rule 3015-1(m) - Page 3 of 4*

| In re<br>Walter Guevara<br>Rosa Gladys Guevara<br><br>Debtor(s). | CHAPTER 13<br><br>CASE NUMBER 2:11-bk-16654-VZ |
|---|---|

6. Attached to this declaration are copies of the:

   ☐ cashier's checks,    ☐ money orders,    ☒ certified funds, or

   ☒ other proof of the Payments described in Paragraph 4 above.

7. Also attached to this declaration are copies of the:

   ☒ U. S. Post Office Certificate(s) of Mailing, stamped by a U. S. Postal Service employee,

   ☐ acknowledgment(s) signed by the Creditor's representative, or

   ☐ other documents that prove delivery of the Payments described in Paragraph 4 above.

   I declare under penalty of perjury that the foregoing is true and correct.

Date  June 13, 2011             Signature  _____
                                            Walter Guevara
                                            Debtor

Date  June 13, 2011             Signature  _____
                                            Rosa Gladys Guevara
                                            Joint Debtor

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 3015-1.4**



Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

**Search Results**

Label/Receipt Number: EG99 4538 878U S
Guaranteed Delivery Date/Time: **June 1, 2011, 12:00 PM**
Class: **Express Mail®**
Status: **Notice Left (No Authorized Recipient Available)**

We attempted to deliver your item at 11:22 am on June 01, 2011 in DALLAS, TX 75266 and a notice was left because an authorized recipient was not available. You may arrange redelivery by visiting www.usps.com/redelivery or calling 800-ASK-USPS, or may pick up the item at the Post Office indicated on the notice. If this item is unclaimed after five days then it will be returned to the sender. Information, if available, is updated periodically throughout the day. Please check again later.

Detailed Results:
- **Notice Left (No Authorized Recipient Available), June 01, 2011, 11:22 am, DALLAS, TX 75266**
- **Arrival at Unit, June 01, 2011, 10:57 am, DALLAS, TX 75222**
- **Processed through Sort Facility, June 01, 2011, 5:58 am, COPPELL, TX 75099**
- **Acceptance, May 31, 2011, 3:02 pm, HAWTHORNE, CA 90250**

Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  Go >

**Proof of Delivery**
Verify who signed for your item by email, fax, or mail.  Go >

Track & Confirm
Enter Label/Receipt Number.

Go >

Site Map   Customer Service   Forms   Gov't Services   Careers   Privacy Policy   Terms of Use   Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

Montgage pmt JUNE 2011

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do                              6/1/2011



Home | Help

**Track & Confirm**

# Track & Confirm

### Search Results

Label/Receipt Number: EB67 6642 315U S
Guaranteed Delivery Date/Time: April 29, 2011, 12:00 PM
Class: Express Mail®
Status: Delivered

Your item was delivered at 9:34 am on April 29, 2011 in DALLAS, TX 75266 to REMITCO 752. The item was signed for by Z BEYENE.

Detailed Results:

- Delivered, April 29, 2011, 9:34 am, DALLAS, TX 75266
- Notice Left (No Authorized Recipient Available), April 29, 2011, 9:26 am, DALLAS, TX 75222
- Arrival at Unit, April 29, 2011, 9:18 am, DALLAS, TX 75260
- Processed through Sort Facility, April 29, 2011, 5:48 am, COPPELL, TX 75099
- Processed through Sort Facility, April 28, 2011, 4:02 pm, LONG BEACH, CA 90809
- Acceptance, April 28, 2011, 12:38 pm, TORRANCE, CA 90504

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

**Proof of Delivery**
Verify who signed for your item by email, fax, or mail. ( Go > )

**Track & Confirm**
Enter Label/Receipt Number.

---

  **Western**  P.O. Box 10018
Manhattan Beach, CA 90267-7518
(877) 254-9328   (310) 381-2300

No. 0010215223

Acct: 0000087582   Member: GUEVARA, ROSA G
Teller: 0616   Date: 04/28/11   Time: 12:15pm
----------------------------------------------------
See receipt for reference
----------------------------------------------------
Check Number: 00 0010215223       Mortgage
Branch: 6                          Pmt  MAY 2011
Amount : $2,216.14


Pay to :
        EMC PAYMENT PROCESSING
        LOAN# 0016152449



Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: EG81 0984 836U S
Guaranteed Delivery Date/Time: April 15, 2011, 12:00 PM
Class: Express Mail®
Status: Notice Left (No Authorized Recipient Available)

We attempted to deliver your item at 11:32 am on April 15, 2011 in DALLAS, TX 75266 and a notice was left because an authorized recipient was not available. You may arrange redelivery by visiting www.usps.com/redelivery or calling 800-ASK-USPS, or may pick up the item at the Post Office indicated on the notice. If this item is unclaimed after five days then it will be returned to the sender. Information, if available, is updated periodically throughout the day. Please check again later.

Detailed Results:

- Notice Left (No Authorized Recipient Available), April 15, 2011, 11:32 am, DALLAS, TX 75266
- Arrival at Unit, April 15, 2011, 10:48 am, DALLAS, TX 75222
- Processed through Sort Facility, April 14, 2011, 4:16 pm, LONG BEACH, CA 90809
- Acceptance, April 14, 2011, 12:05 pm, TORRANCE, CA 90504

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. (Go >)

**Proof of Delivery**
Verify who signed for your item by email, fax, or mail. (Go >)

---

 Western
P.O. Box 10018
Manhattan Beach, CA 90267-7518
(877) 264-9328   (310) 381-2300

No. 0010212605

```
cct: 0003332238 Member: GUEVARA,CRISTINA
eller: 0570 Date: 04/14/11 Time: 11:37am
------------------------------------------------
ee receipt for reference
------------------------------------------------
heck Number: 00 0010212605
ranch: 6
mount : $2,216.14

ay to :
          EMC PAYMENT PROCESSING
          LOAN NO: 0016152449
```

Montage pmt
April 2011