L. Bishop Austin, Esq. (SBN 175497)
L. BISHOP AUSTIN & ASSOCIATES
3250 Wilshire Blvd., Ste 1500
Los Angeles, CA 90010
Tel: (213)388-4939  Fax (213)388-2411
Email: lbishopbk@yahoo.com
Attorney for Debtor(s)

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In Re: | CHAPTER 13 |
|---|---|
| Walter Guevara<br>Rosa Gladys Guevara<br><br>Debtor(s) | CASE NO: 2:11-bk-16654-VZ<br><br>DECLARATION OF DEBTOR RE: CHAPTER 13 TRUSTEE PAYMENTS [NO HEARING REQUIRED] |

I, Walter and Rosa Guevara, am the debtor in this case, and the statements made herein are true and of my own knowledge and if called upon and sworn, I could and would testify competently thereto.

Since my case was filed on February 2011, all my Chapter 13 Payments of $300.00 have been sent to my Chapter 13 Trustee **NANCY K. CURRY** to the following address: **CHAPTER 13 TRUSTEE, PO BOX 1403, MEMPHIS, TN 38101.** See attached copy of USPS delivery. I am current with my payments as of June 2011.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 06/13/2011

_____
Debtor

_____
Joint Debtor

1

**UNITED STATES POSTAL SERVICE®**

Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: 0310 2640 0002 3302 8260
Expected Delivery Date: May 23, 2011
Class: **Priority Mail®**.
Service(s): **Delivery Confirmation™**
Status: **Delivered**

Your item was delivered at 3:41 am on May 23, 2011 in MEMPHIS, TN 38101.

Detailed Results:

- **Delivered, May 23, 2011, 3:41 am, MEMPHIS, TN 38101**
- **Arrival at Post Office, May 23, 2011, 3:29 am, MEMPHIS, TN 38101**
- **Acceptance, May 21, 2011, 10:24 am, LOS ANGELES, CA 90009**

Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

Track & Confirm

Enter Label/Receipt Number.

| Site Map | Customer Service | Forms | Gov't Services | Careers | Privacy Policy | Terms of Use | Business Customer Gateway |

Copyright© 2010 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

TRUSTEE pmt JUNE 2011

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do    5/24/2011



Home | Help

## Track & Confirm

### Search Results

Label/Receipt Number: EG81 0982 438U S
Guaranteed Delivery Date/Time: April 29, 2011, 12:00 PM
Class: Express Mail®
Status: Delivered

Your item was delivered at 10:08 am on April 29, 2011 in MEMPHIS, TN 38101 to SUNTRUST BANK. The item was signed for by M JONES.

**Track & Confirm**
Enter Label/Receipt Number.

Detailed Results:
- Delivered, April 29, 2011, 10:08 am, MEMPHIS, TN 38101
- Notice Left (No Authorized Recipient Available), April 29, 2011, 8:44 am, MEMPHIS, TN 38101
- Sorting Complete, April 29, 2011, 7:53 am, MEMPHIS, TN 38101
- Arrival at Unit, April 29, 2011, 7:18 am, MEMPHIS, TN 38101
- Processed through Sort Facility, April 28, 2011, 4:02 pm, LONG BEACH, CA 90809
- Acceptance, April 28, 2011, 12:39 pm, TORRANCE, CA 90504

Notification Options

Track & Confirm by email
Get current event information or updates for your item sent to you or others by email.  ( Go > )

Proof of Delivery
Verify who signed for your item by email, fax, or mail.  ( Go > )

---

Western
P.O. Box 10018
Manhattan Beach, CA 90267-7518
(877) 254-9328  (310) 381-2300

No. 0010215224

Acct: 0000087582  Member: GUEVARA,ROSA G
Teller: 0616  Date: 04/28/11  Time: 12:15pm
-----------------------------------------
See receipt for reference
-----------------------------------------
Check Number: 00 0010215224
Branch: 6
Amount : $300.00

Pay to :

CHAPTER 13 TRUSTEE
ROSA G GUEVARA
CASE# 11-16654-VZ

Trustee pmt
May 2011